IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 21-CR-49 |
| | : | |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | |
| v. | : | |
| | : | |
| **EDWARD E. HEMENWAY, II** | : | |
| **Defendant** | : | |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant, Edward E. Hemenway, II, with the concurrence of his attorney, agree and stipulate to the below factual basis for his guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint

Doc ID: 7854a8680750763a02092409f980a85b22d76d93ed

session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd

Doc ID: ad5b53556ea3f76c...

encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

***Robert Bauer and Edward Hemenway's Participation in the January 6, 2021, Capitol Riot***

8. On January 6, 2021, after the "Stop the Steal" rally, Robert Bauer and Edward Hemenway, who are cousins, followed a crowd to the U.S. Capitol. As Bauer and Hemenway entered the U.S. Capitol grounds, Hemenway saw a green plastic sign that said, "Do Not Enter," but continued anyway. As they walked toward the U.S. Capitol building, they saw officers in S.W.A.T.-style gear standing near the scaffolding outside the building. Bauer and Hemenway linked-up with a group walking toward a door into the building. They entered the U.S. Capitol building together with the group at around 2:10 p.m. E.S.T. They then made their way into the Crypt. As they entered the Crypt, Hemenway believed members of the crowd were fighting with police officers.

Doc ID: 7d5ba8d8d75ad7d3d2d9ed4d0f9d0e85b22e7ed93ed

9.   While inside the U.S. Capitol, Bauer and Hemenway chanted, "Stop the Steal!" Bauer also took pictures and videos, and chanted, "Our house!  Our house!"

10.   Bauer and Hemenway knew at the time they entered the U.S. Capitol Building that that they did not have permission to enter the building and they paraded, demonstrated, or picketed in the Capitol Building.

          Respectfully submitted,

          CHANNING D. PHILLIPS
          Acting United States Attorney
          D.C. Bar No. 415793

By:    /s/ Elizabeth C. Kelley
       ELIZABETH C. KELLEY
       Assistant United States Attorney

Doc ID: ad5b53556ea3f76c02092409f980e35b22d70d93ed

DEFENDANT'S ACKNOWLEDGMENT

    I, EDWARD E. HEMENWAY, II, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 06 / 22 / 2021

EDWARD E. HEMENWAY, II
Defendant

ATTORNEY'S ACKNOWLEDGMENT

    I have read this Statement of the Offense and have reviewed it with my clients fully. I concur in my clients' desire to adopt this Statement of the Offense as true and accurate.

Date: 06 / 22 / 2021

Meredith Ralls, Esq.
Attorney for Defendant


Audit Trail

| | |
|---|---|
| **TITLE** | Statement of Offense_UPDATED_2021.06.21_Hemenway |
| **FILE NAME** | Statement%20of%20...6.21_Hemenway.pdf |
| **DOCUMENT ID** | 795a868f7ae1fa0d0f4e14a189e15b22e1e191c0 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

This document was requested from app.clio.com

## Document History

**SENT**  
**06 / 22 / 2021**  
19:15:48 UTC  
Sent for signature to Edward Hemenway (ef.hemenway0821@yahoo.com) from ana@lawyerupvirginia.com  
IP: 98.184.80.69

**VIEWED**  
**06 / 22 / 2021**  
19:52:32 UTC  
Viewed by Edward Hemenway (ef.hemenway0821@yahoo.com)  
IP: 172.58.31.220

**SIGNED**  
**06 / 22 / 2021**  
19:56:01 UTC  
Signed by Edward Hemenway (ef.hemenway0821@yahoo.com)  
IP: 172.58.31.220

**COMPLETED**  
**06 / 22 / 2021**  
19:56:01 UTC  
The document has been completed.

Powered by HELLOSIGN

Doc ID: dfb4a7f7d5076372d92400f9aca87a01d70d13ed


Audit Trail

| | |
|---|---|
| **TITLE** | Statement of Offense_UPDATED_2021.06.21_Hemenway-Signed.pdf |
| **FILE NAME** | Statement_of_Offe...menway-Signed.pdf |
| **DOCUMENT ID** | dfb4a7f7d5076372d92400f9aca87a01d70d13ed |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

This document was requested from app.clio.com

## Document History

**SENT** — **06 / 22 / 2021** 20:44:39 UTC — Sent for signature to Meredith Ralls (mmr@lawyerupvirginia.com) from mmr@lawyerupvirginia.com
IP: 70.191.129.47

**VIEWED** — **06 / 22 / 2021** 20:45:48 UTC — Viewed by Meredith Ralls (mmr@lawyerupvirginia.com)
IP: 174.196.131.126

**SIGNED** — **06 / 22 / 2021** 20:46:16 UTC — Signed by Meredith Ralls (mmr@lawyerupvirginia.com)
IP: 174.196.131.126

**COMPLETED** — **06 / 22 / 2021** 20:46:16 UTC — The document has been completed.

Powered by HELLOSIGN