CO 526 Rev 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | Criminal Case No.: 21-49-2 (TSC) |
| | ) | |
| EDWARD E. HEMENWAY, II | ) | **FILED** |
| | ) | JUN 2 8 2021 |
| | ) | Clerk, U.S. District and Bankruptcy Courts |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

*Elizabeth C. Kelley*
_____
Assistant United States attorney

Approved: _____
Tanya S. Chutkan
United States District Judge

Date: 06/28/2021

Doc ID: 60b36290...252