What are your best accomplishments? What have you done that you are the most proud of?

My best accomplishments would be how much I've done in such a short period of time, ive managed to build a small business, purchase a house, pay off two cars, a semi truck, semi trailer and still have pleanty left over in a matter of a few years. Im most proud of my wife and two small children.

Doc ID: 4e01b0c5d531abbba8250855074e3ecf737113d9

What are your best attributes?

Im loyal, trustworthy, honest and my word is solid.



Doc ID: 4e01b0c5d531abbba8250855074e3ecf737113d9

What are your short-term goals?

Pay off my house in two years and retire early.



Doc ID: 4e01b0c5d531abbba8250855074e3ecf737113d9

What are your long-term goals?

Build a large nest egg for my two small children.

Doc ID: 4e01b0c5d531abbba8250855074e3ecf737113d9

Why are you a better person now than you were at the time of the offense?

Ive come to realize the error in my ways I'm no longer interested in anything political. If I could do it again I would have not gone to the rally in the first place let alone walking in the capital. It was my first and last rally for anyone that I'll be attending.



Doc ID: 4e01b0c5d531abbba8250855074e3ecf737113d9

How does giving you leniency reflect the seriousness of your offense?
How does giving you leniency promote your respect for the law?

Well giving leniency reflects the seriousness of my offense by seeing our actions of said crime while we were in the act, our intentions weren't to cause harm or vandalize and we did not assault anyone or the capital police. Giving me leniency in this case would establish my belief that as bad as what we did was that there is still some hope that justice is still fair and just.



Doc ID: 4e01b0c5d531abbba8250855074e3ecf737113d9

How will give you leniency promote *others*' respect for the law? Will giving you leniency cause other people not to break the law like you did?

I believe by giving me leniency others will see that even though it was a tragic day for america not everyone involved was out there for trouble and will be dealt with according to there involvement and there actions on said day. I dont think giving me leniency will prevent anyone from breaking the law, but it will definitely send a message that people will be held accountable and punished to the extent of there involvement and actions.



Doc ID: 4e01b0c5d531abbba8250855074e3ecf737113d9

What do you believe is a just punishment for your offense and why?

Probation would be a just punishment for my offense, We didnt set out to harm anyone or destruct anything. We are sorry for what we have done and as I've stated before i have learned my lesson and am regretting my actions on that day.