Honorable Judge,

   I'm writing today in hopes of some leniency to be shown on my behalf in my sentencing. As regrettable and disappointed I am with my self for my actions, although I paraded and demonstrated in the capital, I didn't partake in the violence regarding the assault on the police or vandalism that took place which I am very disappointed that such acts took place. When I came there to the rally I had no plans and definitely no idea I would end up parading and demonstrating after the rally, I didn't belong to any organization either. Like I've stated to the FBI it was stupid and wrong that I entered that day. And I am very sorry for any trouble or psychological stress that i might have caused anyone that day. I had no idea that anyone was even in the capital if I had that knowledge beforehand I would have definitely not entered. Once again I am very sorry and apologize sincerely for my actions that day and hope that some leniency can be shown to me. I have a lot to lose a wife, two beautiful children, a recent house purchased and my small business all hang in the scales of justice that will be decided by you today.

Edward E Hemenway