**Honorable Judge Chutkan**

Patricia Wright
8/25/2021

People
Vs.

Edward E. Hemenwayll

Dear Judge Chutkan,

I am writing this letter in regards to my son to give you more detail on what kind of person Edward is. He does have felony from 17 years ago when he was much younger, but since then he has been a model citizen and has gotten into no trouble. He has a wife, one year old daughter, and a baby on the way, due around the time of this sentencing. He has taken in his ailing mother- in-law with health issues. They all depend on his income. He bought a house to fix up and add an additional bedroom onto for his mother-in -law.

I plead with you to take all this into careful consideration. If he was to lose his job, all these people would hurt very much from this. He is a very hard worker with good work ethics. He is a good kind person and has been known to pay for groceries for a person in line at the grocery store who couldn't pay for everything. Your honor, I know if Edward had it to do over he would not have went to the ralley that day. I know Edward and what this could cost him would not have been worth it for him.

I plead for you not to give Edward Jail time for the misdemeanor, for it would cost him his job and the many people who depend on his income would hurt. I thank you for taking the time to read this letter on Edwards case.

Sincerely

*Patricia A. Wright*

Patricia Wright