IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-49 (TSC) |
| | ) | |
| EDWARD E. HEMENWAY, II, | ) | |
|     Defendant. | ) | |
| | ) | |

**NOTICE OF COMPLETION OF COMMUNITY SERVICE HOURS**

COMES NOW your Defendant, EDWARD E. HEMENWAY II, by counsel, and submits the attached proof of completion of sixty hours of community service, pursuant to this Court's Judgment dated October 20, 2021.

                                                            Respectfully Submitted,
                                                            EDWARD E. HEMENWAY, II
                                                             By Counsel

/s/ Meredith M. Ralls
Meredith M. Ralls, D.C. Bar 1010407
Robinson Law PLLC
10486 Armstrong Street
Fairfax, Virginia 22030
Tel. 703-581-7233
Fax 800-783-4389
MMR@LawyerUpVirginia.com
*Counsel for Defendant*