

William Smith, Executive Director
https://www.logansocialservices.com
Email: william@logansocialservices.com

# Community Service Statement of Completion

| | | | |
|---|---|---|---|
| **Client-Worker:** | Edward Hemenway | **Current Address:** | West Unity, Ohio |
| **Start Date:** | Jan 18, 2022 | **Probation Officer:** | N/A |
| **Date Issued:** | January 30th, 2022 | **Court ID:** | N/A |
| **Verification Code:** | 1049914 | **Local Charity:** | Logan Social Services |

## Hours Completed: 60

This letter serves to verify the above-named person successfully completed 60 hours of volunteer community service work, sponsored by our non-profit organization. The services performed were educational in nature, with a labor component, and provide ongoing value to the community and the client through self-improvement. All training materials were prepared or approved by a licensed and experienced Master's Level Social Worker. Examples of topics addressed include Anger Management, Civics, Drug and Alcohol Awareness, Parenting and American Government. Structured feedback from the client is used to improve our other programs.

To verify the authenticity of this document, please go to https://www.logansocialservices.com . Near the bottom center of the page, click the Client Authentication tab. You will be instructed to enter the Verification Code from this letter. The information from our database should match the enrollment information given above. If any other information is needed, feel free to contact me at: william@logansocialservices.com. Logan Social Services is a 501c(3) registered non-profit organization.

Respectfully submitted,

*[signature]* M.S.,

William Ferrell Smith, M.S. Psy., SCSC
Executive Director, Logan Social Services